JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYLE SCIALLA | CASE NO. SACV 11-1528-DOC(MLGx) |
| **Plaintiff(s),** | |
| v. | **ORDER DISMISSING CIVIL ACTION** |
| STEWART TILE INC., et al. | |
| **Defendant(s).** | |

The Court issued an Order to Show Cause re Dismissal for Lack of Prosecution on December 27, 2011, which was returnable by January 10, 2012. To this date there has been no response to the Order to Show Cause and/or Answer.

IT IS ORDERED that this action is hereby dismissed without prejudice for lack of prosecution.

DATED: January 12, 2012

_____
DAVID O. CARTER
United States District Judge